```
LAWRENCE J. GORNICK, ESQ. (SBN 136290)
DENNIS J. CANTY, ESQ. (SBN 207978)
EMILY CHARLEY, ESQ. (SBN 238542)
LEVIN SIMES KAISER & GORNICK LLP
One Bush Street, 14th Floor
San Francisco, California 94104
Telephone    (415) 646-7160
Facsimile    (415) 981-1270
```

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMESHA THORNE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., ELI LILLY AND COMPANY,<br><br>　　　　Defendants. | Case No. C 06 0595 MJJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P.**<br><br>**HON. MARTIN J. JENKINS**<br>**AND ORDER** |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff voluntarily dismisses without prejudice defendants ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., from the above-captioned action.

Dated: May 26, 2006　　　　　　　　　　　　**LEVIN SIMES KAISER & GORNICK LLP**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Dennis J. Canty
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

GRANTED
Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

5/30/2006

VOLUNTARY DISMISSAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PAGE 1