IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMESHA THORNE,<br><br>    Plaintiff,<br><br>  v.<br><br>ASTRAZENECA PHARMACEUTICALS, LP, et al.,<br><br>    Defendants | No. C-06-0595 MMC<br><br>**ORDER STATISTICALLY CLOSING CASE IN LIGHT OF TRANSFER** |

    On December 22, 2006, the above-titled action was transferred to the Eastern District of New York for inclusion in In re Zyprexa, MDL 1596. (See Thorne v. AstraZeneca Pharmaceuticals, LP, C-06-4665, Eastern District of New York, Docket #2.)

    Accordingly, in light of the transfer, the Clerk is hereby DIRECTED to statistically close the case. Nothing contained in this order shall be considered a dismissal or disposition of the action, and should further proceedings become necessary herein, any party may initiate them in the same manner as if this order had not been entered.

    **IT IS SO ORDERED.**

Dated: February 20, 2008

_____
MAXINE M. CHESNEY
United States District Judge